AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00200 |
| Gabriel Raymond Robin | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 6/11/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*        Gabriel Raymond Robin                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) ;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building) ;
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) .

Date:    06/11/2024

*Issuing officer's signature*: Zia M. Faruqui

City and state:    Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/11/2024 , and the person was arrested on *(date)* 6/12/2024
at *(city and state)* NEW ORLEANS, LOUISIANA .

Date:  6/12/2024

*Arresting officer's signature*

DONALD J. QUINN   SPECIAL AGENT
*Printed name and title*   FBI